UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOHEIDY JOSE GONZALEZ ALMONTE,<br><br>Defendant. | ECF CASE<br><br>NOTICE OF APPERANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>No. 24 Cr. 657 (JSR) |

TO: Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

by: _____
Chelsea L. Scism
Assistant United States Attorney
(212) 637-2105

TO: Counsel of Record (via ECF)